IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:14-CR-5-BO-1
No. 2:17-CV-24-BO

| | |
|---|---|
| LAMONT NICHOLAS RIDDICK, )<br>               Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>               Respondent. ) | <u>O R D E R</u> |

This matter is before the Court following petitioner's failure to comply with the Court's order to return his motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 on the proper form. [DE 41]. Petitioner having responded to the order and demonstrated good cause for his failure to comply, [DE 42], and upon a finding that the § 2255 motion as filed substantially complies with Rule 2(c) of the Rules Governing § 2255 Proceedings, the Court will consider the § 2255 motion as filed without requiring petitioner to return the § 2255 form.

Having conducted an examination of petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings and it appearing that dismissal is not warranted at this time, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 motion to vacate, set aside, or correct sentence, within **forty (40)** days of the date of entry of this order.

SO ORDERED, this 12 day of February, 2018.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE